UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CECILIA BIRDEX,

                                  Plaintiff,                                    19-CV-07228 (PGG)(SN)

                              -against-                                      **ORDER**

COMMISSIONER OF SOCIAL SECURITY,

                                  **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      The Commissioner of Social Security filed a motion for judgment on the pleadings on January 8, 2020. ECF No. 12. Pursuant to the scheduling order, ECF No. 7, Plaintiff's answering brief was due on March 9, 2020. Plaintiff has not filed a response to the Commissioner's motion. Accordingly, Plaintiff is directed to file either a response to the motion for judgment on the pleadings or a letter requesting an extension of time by March 20, 2020.

**SO ORDERED.**

                                                                               _____
                                                                               SARAH NETBURN

DATED:     March 12, 2020            United States Magistrate Judge
                 New York, New York