USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/13/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CECILIA BIRDEX,

                                                           Plaintiff,                                  19-CV-07228 (PGG)(SN)

           -against-                                                          **ORDER**

COMMISSIONER OF SOCIAL SECURITY,

                                             Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       The Court's March 12, 2020 Order, ECF No. 14, directed Plaintiff, proceeding *pro se*, to file a response to Defendant's motion for judgment on the pleadings or request an extension of time by March 20, 2020. It is not clear that Plaintiff received the Court's order. Accordingly, Plaintiff may respond to Defendant's motion or request an extension of time to do so by April 28, 2020. If Plaintiff does not file a response or request an extension of time by April 28, 2020, the Court will deem Defendant's motion for judgment on the pleadings fully briefed and ready for judicial resolution.

**SO ORDERED.**

                                                                                                                      SARAH NETBURN
                                                                                                                      United States Magistrate Judge

DATED:     April 13, 2020
                New York, New York

cc:         Cecilia Birdex (*by Chambers*)
             100 Overlook Terrace
             Apt. 61
             New York, NY 10040