UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CECILIA BIRDEX,

                        **Plaintiff,**

       **-against-**

**COMMISSIONER OF SOCIAL SECURITY,**

                        **Defendant.**

-----------------------------------------------------------------X

**19-CV-07228 (PGG)(SN)**

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/2020

**SARAH NETBURN, United States Magistrate Judge:**

      The Court's April 13, 2020 Order, ECF No. 15, directed Plaintiff, proceeding *pro se*, to file a response to the Commissioner's motion for judgment on the pleadings or request an extension of time by April 28, 2020. Plaintiff has not filed a response or request for additional time. Accordingly, the Commissioner's motion is deemed unopposed and ready for judicial resolution. The Clerk of Court is directed to mail a copy of this order to the *pro se* Plaintiff.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    May 5, 2020
               New York, New York