**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
CECILIA BIRDEX,

                Plaintiff,                      19 **CIVIL** 7228 (PGG)(SN)

      -against-                          **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,
                Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated November 27, 2020, the Commissioner's motion for judgment on the pleadings is granted; accordingly, the case is closed.

**Dated:**  New York, New York
          November 30, 2020

                                                    **RUBY J. KRAJICK**
                                                    **Clerk of Court**
                     **BY:**   *K. Mango*
                                                    **Deputy Clerk**